JODI LINKER
Federal Public Defender
ELIZABETH FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Elizabeth_falk@fd.org

Counsel for Defendant EASTERWOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-287 CRB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE INITIAL APPEARANCE ON ALLEGED FORM 12** |
| v. | |
| SKYLER MARION EASTERWOOD, | |
| Defendant. | |

Mr. Easterwood has been summonsed for an initial appearance for an alleged Form 12 violation on December 29, 2025. Due to unavailability of defense counsel, the parties and U.S. Probation agree that the matter be continued to January 8, 2026 at 11:00 a.m.

\\

\\

\\

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| December 22, 2025<br>Dated | CRAIG H. MIKASSIAN<br>United States Attorney<br>Northern District of California |
| | /S<br>LEIF DAUTCH<br>Assistant United States Attorney |
| December 22, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| December 22, 2025<br>Dated | THOMAS HIXSON<br>United States Magistrate Judge |

*US v. Easterwood,* Case No. 22-287 CRB
Stipulation & Order to Continue        2